# FINANCIAL INSTITUTIONS APPROVED AS DEPOSITORIES
## OF TRUST ACCOUNTS OF ATTORNEYS

| Bank Code | A. |
|---|---|
| 595 | Abacus Federal Savings Bank |
| 2 | ACNB Bank |
| 613 | Allegent Community Federal Credit Union |
| 375 | Altoona First Savings Bank |
| 376 | Ambler Savings Bank |
| **532** | **AMERICAN BANK (PA)** |
| 615 | Americhoice Federal Credit Union |
| **116** | **AMERISERV FINANCIAL** |
| 648 | Andover Bank (The) |
| 377 | Apollo Trust Company |

| Bank Code | B. |
|---|---|
| 558 | Bancorp Bank (The) |
| 485 | Bank of America, NA |
| 662 | Bank of Bird in Hand |
| 415 | Bank of Landisburg (The) |
| **664** | **BANK UNITED, NA** |
| 642 | BB & T Company |
| 501 | BELCO Community Credit Union |
| 652 | Berkshire Bank |
| 663 | BHCU |
| 5 | BNY Mellon, NA |
| **392** | **BRENTWOOD BANK** |
| 495 | Brown Brothers Harriman Trust Co., NA |
| 161 | Bryn Mawr Trust Company (The) |

| Bank Code | C. |
|---|---|
| 654 | CACL Federal Credit Union |
| 618 | Capital Bank, NA |
| 16 | CBT Bank, a division of Riverview Bank |
| 136 | Centric Bank |
| **394** | **CFS BANK** |
| 623 | Chemung Canal Trust Company |
| 599 | Citibank, NA |
| 238 | Citizens & Northern Bank |
| 561 | Citizens Bank, NA |
| 206 | Citizens Savings Bank |
| 576 | Clarion County Community Bank |

| Bank Code | |
|---|---|
| 660 | Clarion FCU |
| 591 | Clearview Federal Credit Union |
| 23 | CNB Bank |
| 354 | Coatesville Savings Bank |
| 223 | Commercial Bank & Trust of PA |
| 21 | Community Bank (PA) |
| 371 | Community Bank, NA (NY) |
| 132 | Community State Bank of Orbisonia |
| **647** | **CONGRESSIONAL BANK** |
| 380 | County Savings Bank |
| 617 | Covenant Bank |
| 536 | Customers Bank |

| Bank Code | D. |
|---|---|
| 339 | Dime Bank (The) |
| 27 | Dollar Bank, FSB |

| Bank Code | E. |
|---|---|
| 500 | Elderton State Bank |
| 567 | Embassy Bank for the Lehigh Valley |
| **541** | **ENTERPRISE BANK** |
| 28 | Ephrata National Bank |
| 601 | Esquire Bank, NA |
| 340 | ESSA Bank & Trust |

| Bank Code | F. |
|---|---|
| 629 | 1st Colonial Community Bank |
| 158 | 1st Summit Bank |
| 31 | F & M Trust Company – Chambersburg |
| 658 | Farmers National Bank of Canfield |
| 205 | Farmers National Bank of Emlenton (The) |
| 34 | Fidelity Deposit & Discount Bank (The) |
| **343** | **FIDELITY SAVINGS & LOAN ASSOCIATION OF BUCKS COUNTY** |
| 583 | Fifth Third Bank |
| 661 | First American Trust, FSB |
| 643 | First Bank |
| 174 | First Citizens Community Bank |
| 191 | First Columbia Bank & Trust Company |
| 539 | First Commonwealth Bank |

| | | | | |
|---|---|---|---|---|
| 667 | First Federal Bank of the Midwest | | **Bank Code** | **J.** |
| 504 | First Federal S & L Association of Greene County | | | |
| 525 | First Heritage Federal Credit Union | | 70 | Jersey Shore State Bank |
| 42 | First Keystone Community Bank | | 127 | Jim Thorpe Neighborhood Bank |
| 51 | First National Bank & Trust Company of Newtown (The) | | 488 | Jonestown Bank & Trust Company |
| 48 | First National Bank of Pennsylvania | | 659 | JPMorgan Chase Bank, NA |
| 426 | First Northern Bank & Trust Company | | **72** | **JUNIATA VALLEY BANK (THE)** |
| 604 | First Priority Bank, a division of Mid Penn Bank | | **Bank Code** | **K.** |
| **592** | **FIRST RESOURCE BANK** | | | |
| 657 | First United Bank & Trust | | 651 | KeyBank NA |
| 408 | First United National Bank | | 414 | Kish Bank |
| 151 | Firstrust Savings Bank | | | |
| 416 | Fleetwood Bank | | | |
| 175 | FNCB Bank | | **Bank Code** | **L.** |
| 291 | Fox Chase Bank | | | |
| 241 | Franklin Mint Federal Credit Union | | | |
| 639 | Freedom Credit Union | | 554 | Landmark Community Bank |
| **58** | **FULTON BANK, NA** | | 542 | Linkbank |
| | | | 78 | Luzerne Bank |

**Bank Code     G.**

499     Gratz Bank (The)
498     Greenville Savings Bank

**Bank Code     M.**

361     M & T Bank
386     Malvern Bank, NA
510     Marion Center Bank

**Bank Code     H.**

387     Marquette Savings Bank
81     Mars Bank
402     Halifax Branch, of Riverview Bank
43     Marysville Branch, of Riverview Bank
244     Hamlin Bank & Trust Company
367     Mauch Chunk Trust Company
362     Harleysville Savings Bank
511     MCS (Mifflin County Savings) Bank
363     Hatboro Federal Savings
641     Members 1st Federal Credit Union
463     Haverford Trust Company (The)
555     Mercer County State Bank
606     Hometown Bank of Pennsylvania
192     Merchants Bank of Bangor
68     Honesdale National Bank (The)
610     Meridian Bank
350     HSBC Bank USA, NA
420     Meyersdale Branch, of Riverview Bank
**364     HUNTINGDON VALLEY BANK**
**294     MID PENN BANK**
605     Huntington National Bank (The)
**276     MIFFLINBURG BANK & TRUST COMPANY**
608     Hyperion Bank
457     Milton Savings Bank
**596     MOREBANK, A DIVISION OF BANK OF PRINCETON (THE)**

**Bank Code     I.**

**484     MUNCY BANK & TRUST COMPANY (THE)**

365     InFirst Bank
557     Investment Savings Bank
526     Iron Workers Savings Bank

**Bank Code**     **N.**

| | |
|---|---|
| 433 | National Bank of Malvern |
| 168 | NBT Bank, NA |
| 347 | Neffs National Bank (The) |
| **434** | **NEW TRIPOLI BANK** |
| 15 | NexTier Bank, NA |
| 636 | Noah Bank |
| 638 | Norristown Bell Credit Union |
| 666 | Northern Trust Co. |
| 439 | Northumberland National Bank (The) |
| 93 | Northwest Bank |

**Bank Code**     **O.**

| | |
|---|---|
| 653 | OceanFirst Bank |
| 489 | OMEGA Federal Credit Union |
| 94 | Orrstown Bank |

**Bank Code**     **P.**

| | |
|---|---|
| **598** | **PARKE BANK** |
| 584 | Parkview Community Federal Credit Union |
| 40 | Penn Community Bank |
| 540 | PennCrest Bank |
| 419 | Pennian Bank |
| 447 | Peoples Security Bank & Trust Company |
| 99 | PeoplesBank, a Codorus Valley Company |
| 556 | Philadelphia Federal Credit Union |
| 448 | Phoenixville Federal Bank & Trust |
| 665 | Pinnacle Bank |
| 79 | PNC Bank, NA |
| 449 | Port Richmond Savings |
| 451 | Progressive-Home Federal Savings & Loan Association |
| 637 | Provident Bank |
| 456 | Prudential Savings Bank |
| 491 | PS Bank |

**Bank Code**     **Q.**

| | |
|---|---|
| 107 | QNB Bank |
| 560 | Quaint Oak Bank |

**Bank Code**     **R.**

| | |
|---|---|
| 452 | Reliance Savings Bank |
| 220 | Republic First Bank d/b/a Republic Bank |
| 628 | Riverview Bank |

**Bank Code**     **S.**

| | |
|---|---|
| 153 | S & T Bank |
| 316 | Santander Bank, NA |
| 460 | Second Federal S & L Association of Philadelphia |
| 646 | Service 1st Federal Credit Union |
| 458 | Sharon Bank |
| 462 | Slovenian Savings & Loan Association of Franklin-Conemaugh |
| **486** | **SOMERSET TRUST COMPANY** |
| 633 | SSB Bank |
| **518** | **STANDARD BANK, PASB** |
| 440 | SunTrust Bank |
| **122** | **SUSQUEHANNA COMMUNITY BANK** |

**Bank Code**     **T.**

| | |
|---|---|
| 143 | TD Bank, NA |
| **656** | **TIOGA FRANKLIN SAVINGS BANK** |
| **182** | **TOMPKINS VIST BANK** |
| 609 | Tristate Capital Bank |
| 640 | TruMark Financial Credit Union |
| 467 | Turbotville National Bank (The) |

**Bank Code**     **U.**

| | |
|---|---|
| 483 | UNB Bank |
| 481 | Union Building and Loan Savings Bank |
| 634 | United Bank, Inc. |
| 472 | United Bank of Philadelphia |
| 475 | United Savings Bank |
| 600 | Unity Bank |
| 232 | Univest Bank & Trust Co. |

**Bank Code**     **V.**

| | |
|---|---|
| 611 | Victory Bank (The) |

**Bank Code    W.**

| | |
|---|---|
| **119** | **WASHINGTON FINANCIAL BANK** |
| 121 | Wayne Bank |
| 631 | Wells Fargo Bank, NA |
| 553 | WesBanco Bank, Inc. |
| 494 | West View Savings Bank |
| 473 | Westmoreland Federal S & L Association |
| 476 | William Penn Bank |
| 272 | Woodlands Bank |
| **573** | **WOORI AMERICA BANK** |
| 630 | WSFS (Wilmington Savings Fund Society), FSB |

**Bank Code    X.**


**Bank Code    Y.**

| | |
|---|---|
| 577 | York Traditions Bank |


**Bank Code    Z.**

## PLATINUM LEADER BANKS

The **HIGHLIGHTED ELIGIBLE INSTITUTIONS** are Platinum Leader Banks – Institutions that go above and beyond eligibility requirements to foster the IOLTA Program.  These Institutions pay a net yield at the higher of 1% or 75 percent of the Federal Funds Target Rate on all PA IOLTA accounts.  They are committed to ensuring the success of the IOLTA Program and increased funding for legal aid.

## IOLTA EXEMPTION

Exemptions are not automatic.  If you believe you qualify, you must apply by sending a written request to the IOLTA Board's executive director: 601 Commonwealth Avenue, Suite 2400, P.O. Box 62445, Harrisburg, PA  17106-2445. If you have questions concerning IOLTA or exemptions from IOLTA, please visit their website at www.paiolta.org or call the IOLTA Board at (717) 238-2001 or (888) PAIOLTA.